# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| NOLAN, LLC, | CIVIL NO. 06-14907 |
| Plaintiff, | |
| vs. | JUDGE DENISE PAGE HOOD |
| TDC INTERNATIONAL CORPORATION, | MAGISTRATE JUDGE MONA J. MAJZOUB |
| Defendant. / | |

## ORDER STRIKING DOCUMENT

Upon review, the Court Strikes: Plaintiff's Motion to Compel Discovery, docket #56.

The Court has determined that this document does not conform with Local Rule 7.1(a)(2)(A).

Therefore, this order shall be put on the docket, and the docket edited to show that the document has been STRICKEN and deemed not a part of the record in this case.

SO ORDERED.


Dated: August 13, 2007         s/ Mona K. Majzoub
                               MONA K. MAJZOUB
                               UNITED STATES MAGISTRATE JUDGE



## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: August 13, 2007         s/ Lisa C. Bartlett
                               Courtroom Deputy